Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Maryland

_____ Division

DEC 2 1 2020

GJH 20 CV3707 DEPUTY

Triston Cooper

)
)
)
)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Defendant 1 Angela Bowen

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TRISTON COOPER |
| Street Address | 4934 COLUMBIA RD APT 8 |
| City and County | COLUMBIA , HOWARD |
| State and Zip Code | MD 21044 |
| Telephone Number | 2023043600 |
| E-mail Address | tristoncooper1216@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Angela Bowen |
| Job or Title *(if known)* | President |
| Street Address | 6602 Greig St, |
| City and County | Seat Pleasant, Prince George County |
| State and Zip Code | MD 20743 |
| Telephone Number | (301) 925-4251 |
| E-mail Address *(if known)* | Us: reports@csfndn.org |

Defendant No. 2

| | |
|---|---|
| Name | Shenita Vanish |
| Job or Title *(if known)* | Vice President |
| Street Address | 6602 Greig St, |
| City and County | Seat Pleasant, Prince George County |
| State and Zip Code | MD 20743 |
| Telephone Number | (301) 925-4251 |
| E-mail Address *(if known)* | Us: reports@csfndn.org |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Community Services Foundation (CSF) |
| Street Address | 6602 Greig Street, |
| City and County | Seat Pleasant, Prince George County |
| State and Zip Code | MD 20743 |
| Telephone Number | (301) 925-4251 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

✓   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

✓   Other federal law *(specify the federal law)*:

Intimidation, Harassment, Retaliation, Sexual Gender, Intentionally Inflicted Emotional Distress Violated FMLA Rights, Created a Hostile Environment, Defamation, Disparate Treatment

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

### Other federal law (specify the federal law):

Intimidation, Harassment,  Retaliation, Sexual Gender, Intentionally Inflicted Emotional Distress Violated FMLA Rights, Created a Hostile Environment,  Defamation,  Disparate Treatment

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☑  Termination of my employment.

☐  Failure to promote me.

☐  Failure to accommodate my disability.

☐  Unequal terms and conditions of my employment.

☐  Retaliation.

☑  Other acts *(specify)*:

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

2017-2019

C.  I believe that defendant(s) *(check one)*:

☐  is/are still committing these acts against me.

☐  is/are not still committing these acts against me.

Terminated from my employment

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐  race

☐  color

☑  gender/sex

☐  religion

☐  national origin

☐  age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)*

E.  The facts of my case are as follows.  Attach additional pages if needed.

**PAGES ATTACHED**

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

COMPLAINT ATTACHED

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

O4/28/2020

B.      The Equal Employment Opportunity Commission *(check one)*:



☐      has not issued a Notice of Right to Sue letter.

☒      issued a Notice of Right to Sue letter, which I received on *(date)*   09/22/2020                   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**PAGES ATTACHED**

# PAGES ATTACHED

---

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         12/21/2020

Signature of Plaintiff

Printed Name of Plaintiff        Tristan Cooper

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

IN THE UNITED STATES DISTRICT COURTS FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

Triston Cooper 4934
Columbia Rd Apt 8
Columbia, Md 21044

**CIVIL ACTION NO. (To be filled in by Clerk)**

Plaintiff, Pro Se

GJH

20 CV3707

**V.**

**Defendant 1,** Angela Bowen President

Community Service Foundation

)
)
)
)
)

**Defendant 2,** Shanita Vanish

Vice President

Community Service Foundation.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Serve Registered Agent:**

CSC Lawyers Incorporating
Service Company
7 ST. Paul Street Suite 820
Baltimore, MD 21202

1

# CIVIL COMPLAINT

Plaintiff Triston Cooper hereby moves the Court for judgment against the Defendants

**Defendant 1** Angela Bowen President Community Service Foundation **Defendant 2. Shenita**

**Vanish,** Vice President Community Service Foundation upon the grounds hereinafter has violated

set forth:

Title VII of the Civil Rights Act of 1964.Listed Violations- Defendant has 1. Intimidated,

2. Harassed 3. Retaliated 4. Discriminated against (Plaintiff Triston Cooper) based on his male

gender 5. Intentionally Inflicted Emotional Distress 6. Violated Triston Cooper FMLA Rights 7.

Created a Hostile Environment 8. Defamed the Plaintiff. Harassed,

9.  has subjected Plaintiff to Disparate Treatment

## JURISDICTION AND VENUE.

This Court has jurisdiction over this action pursuant to Md. Code, State Government,  §

20-1202(c)(I). Further, this court has jurisdiction over Defendant since it is headquartered in

Montgomery County, Maryland. Venue in this district is appropriate because the decision to

discriminate was implemented at Edgewood's headquarters, which is located in Montgomery

County, Maryland.

The Plaintiff filed on 12/14/2019 an discrimination charge with the DC Office of Human Rights

and the EEOC Charge of discrimination and the Plaintiff has exhausted plaintiff options.

2

**FACTUAL ALLEGATIONS**

1. The Plaintiff Triston Cooper is a 33-year-old male and was hired On September 9, 2009 by the Edgewood Management Corporation (EMC) located in Rockville Maryland as the Community Center Site Director for their managed property, the Benning Park Family Community Center located within the Benning Park Apartments Washington DC. The Plaintiff Triston Cooper hiring process was a three-tier step interview.

- An interview with the staffing agency the company, Level One Personnel.
- An interview conducted by Defendant (2) Shenita Vanish, Edgewood Management Corporation, manager
- The Plaintiff Triston Cooper final interview was with the Edgewood Management Corporation.

2. I was unanimously hired and later passed his employer Edgewood Management Corporation initial 90-day probationary period. During my first 3 years of employment from (2009-2012) Defendant Angela Bowen was employed as Edgewood Management Corporation Senior Vice President of administration serving as Edgewood Management Corporation management team. From approximately the years of 2009-2012 Defendant Angela Bowen served as my Edgewood Management Corporation supervisor.

3. On or about the month and year of August 2012 Defendant Angela Bowen terminated her employment with Edgewood Management Corporation and established a State of Maryland nonprofit corporation, the Community Services Foundation. Thereafter, Angela Bowen established a business partnership with her former employer Edgewood Management Corporation providing contractual community services to Edgewood Management Corporation, federal HUD managed properties.

3

Angela Bowen minority organization Community Services Foundation provided community services to the Edgewood Management Corporation managed property the Benning Park Community Center located in Washington DC. I was employed by the Edgewood Management Corporation as the Community Site Director at the Benning Park Community Center.

4. Legally documented within the Edgewood Management Corporation employee policy manual and its organizational chart it lawfully specifies that Mr. Christopher Owens the Edgewood Management Corporation property manager who oversaw the Benning Park apartments and its community center was legally my Edgewood Management Corporation supervisor.

5. My supervisor Mr. Christopher Owens duties included the complete autonomy of supervision over me. Such as my employment evaluations, disciplinary actions, salary raises, job assignments and bonus recommendations.

6. Angela Bowen the CEO of the minority nonprofit organization Community Service Foundation in collusion with her business partner Edgewood Management Corporation (my lawful employer) unlawfully conspired together to fraudulently identify me (Triston Cooper) as being an employee of Angela Bowen Community Service Foundation organization. Without my permission or awareness, Edgewood Management Corporation unlawfully gave Angela Bowen access to my personnel files.

Angela Bowen without my legal consent or my knowledge fraudulently used my personnel files to identify me as an employee of her Community Service Foundation business to fraudulently include within her non-profit organization financial transactions, budgets, and grant proposals.

4

7. Angela Bowen minority non-profit business blatantly without a conscious of adhering to the laws of a civilized society conspired with her business partner Edgewood Management Corporation, my employer. Angela Bowen fictitiously represented her minority business Community Service Foundation as my employer.

8. To place her conspiracy in action, with the permission from my lawful employer Edgewood Management Corporation Angela Bowen aggressively side-lined my lawful Edgewood Management Corporation supervisor Mr. Christopher Owens from having supervision over me.

9 Mr. Christopher Owens was the property manager at the U.S. HUD properties the Benning Park Apartments located in Washington DC. Angela Bowen aggressively demanded from me that I unlawfully follow her organization guidelines and not adhere to the legal supervisory authority of my lawful supervisor Mr. Christopher Owens.

10. Approximately on or about the year 2018, I questioned Angela Bowen concerning the unlawful act of her identifying and documenting me as an employee of her Community Service Foundation organization. Angela Bowen became irate and told the me that I belonged to her! and that there was nothing that I could do about it. Angela Bowen further stated that her nonprofit minority organization Community Service Foundation Board of Directors was comprised of my lawful employer Edgewood Management Corporation team members who were powerful white men and woman and that many of them were on her nonprofit organization Board of directors.

5

11. Due to me questioning Angela Bowen concerning her organization unlawful labor practices, Angela Bowen conspired in retaliation along with my lawful employer Edgewood Management Corporation in violation of Title VII of the Civil Rights Act of 1964 committed the below listed violations against me:

1. Intimidation 2. Harassment 3. Retaliation 4. Discriminated against me based on my male gender 5. Intentionally Inflicted Emotional Distress 6. Violated my FMLA Rights 7. Created a Hostile Environment 8. Defamed me. 9. Disparate Treatment.

Angela Bowen at the approval of her conspirator business partner Edgewood Management Corporation my lawful employer began creating fraudulent reasons to unlawfully terminate me stating that her company Community Service Foundation was my employer.

## 12. The Fraudulent Conspiracy Unraveled Pt. 1

.

From the years 2009 to approximately May of 2017 my job duty was to attend my jobsite the Benning Park Community Apartment Board of Directors monthly meetings. My duties during the board meetings were to provide reports to the Benning Park Board of Directors on the programming of activities and events at the Benning Park community center. Prior to the Board of Directors board meetings, I would have kindly conversations with the Benning Park board members. I was always excited and eager to announce and lead off with some exciting news about events and the success of the implementation of new programs that, I, and my assistant director Ms. Denise Moye had developed for the Benning Park Community Center.

6

13. During the Benning Park Community Center Board meetings, I would ponder on ideas on ways to increase the community participation with opportunities of new programs Without giving away to the board members any spoilers of new program ideas, the Board of Directors would enthusiastically encourage me and Assistant Director Denise Moye to proceed with the visions of the betterment of program implementations at the Community Center.

## Dismissal from the Board Meetings.

14. Abruptly like a Tsunami without any warning, on or about the month and year of 09/2017 while at work at the Benning Park Community Center I received a telephone call from Angela Bowen the CEO of the Community Service Foundation. Angela Bowen with her voice echoing tones of agitation, harshly told me that I could no longer attend the Benning Park Community Center board of directors' meetings, instead she would attend the meetings. Angela Bowen informed me that she had instructed my lawful employer Edgewood Management Corporation her business partner to agree with her decision. Angela Bowen advised the me that during the monthly Benning Park Board of Directors meetings, that my new duties were to walk within the Benning Park Community and distribute community news flyers. Angela Bowen made it very clear reiterating, that I was not allowed to attend any further monthly Benning Park Board of Directors meetings.

15. Sabotage - During my exclusion from the Benning Park Board meetings, Angela Bowen went "Buck Wild!! in seizing the opportunity to carry out her covert conspiracy against me. During my exclusion from the Benning Park Board meetings Angela Bowen attempted to Puppeteer the Benning Park Board of Directors to have them request that I be fired from the Benning Park Community job site.

7

16. My Exclusion - During the times of my exclusion from the Benning Park Board of Directors meetings, Angela Bowen through deceptive unlawful malicious acts communicated intensively with the Benning Park Community Center Board of Director through electronic media, verbal communication, and published publications to third persons falsely de-valued my exemplary job performance at the Benning Park Community Center. Angela Bowen routinely presented to the Benning Park Community Center Board of Director fraudulent financial reports and myriads of fictitious accusatory documents against me.

17. Angela Bowen through electronic media, verbal communication, and published publications to third persons falsely identified me as a thief the culprit of misappropriations of the Benning Park Community Center U.S. Federal funds. However, I was never authorized to manage nor was I ever given access to the Benning Park community center U.S. Federal funds nor budget! Angela Bowen used me as the sacrificial lamb, the scapegoat.

18. White-Wash - Angela Bowen illegal covert activities against me was an attempt to (White-Wash), - a deliberate attempt to prevent the Benning Park Board of Directors and other entities from discovering that she was the offender of the misappropriations of monies at the Benning Park Community Center, monies allocated by the U.S. Housing and Urban Development (HUD). Angela Bowen published fictitious documents that were presented to the Benning Park Board of Directors and others within a smear campaign against me.

8

19. Fraudulent Representation

Angela Bowen fraudulently presented her organization Community Service Foundation as being my employer and she my supervisor. Angela Bowen slanderous and defamatory actions against me created a hostile environment at my job site the Benning Park Community Center.

Angela Bowen actions divided the Benning Park Board of Director Members views of my job performance and character. Angela Bowen planned conspiracy was to ultimately isolate me from all support at the Benning Park community and its Board Members, ultimately creating the green light leading to my demise of being fired from my lawful employer Edgewood Management Corporation, Angela Bowen conspirator business partner.

20. Pt. 2 Angela Bowen Conspiracy Unraveled

During the Benning Park Board of Directors meeting, Angela Bowen was questioned by her conspirator business partner Edgewood Management Corporation Regional Vice President (VP) Alicia Morgan as to why the Benning Park Community Center budget was inaccurate. Note, this was a very tense moment during the meeting. Angela Bowen feeling confident knowing that she had excluded me from all of the past and future Board of Directors meeting, believing that I would never have the opportunity to dispute her lies against me, immediately in a blink of an eye falsely accused me as the thief that misappropriated the Benning Park Community Center funds.

21. Angela Bowen Admonished- During the Benning Park Board of Directors meeting, the Benning Park Board of Directors had discovered that I was not responsible for the misappropriations of the Benning Park Community Center Funds and that Angela Bowen had fabricated the entire accusatory story against me. At the Board Meeting Angela Bowen was

9

heatedly admonished by the Benning Park board members for falsely accusing me of theft of U.S government funds. Present at the meeting were Angela Bowen Edgewood Management Corporation Regional Vice President Alicia Morgan, and my lawful supervisor Edgewood Management Corporation Property Manager for the Benning Park Community Center, Christopher Owens.

22. The Conspiracy Unraveled Pt. 3

During the above meeting while I was sitting in my office that was adjacent to where the board of Directors meeting was being held. I was requested by the Edgewood Management Corporation Regional VP Alicia Morgan to immediately respond to the Board of directors Meeting. Upon my arrival before I could comfortably seat myself, immediately I was informed by the Benning Board of Directors members that the Defendant Angela Bowen had made false inflammatory and slanderous allegations about my job performance and character.

In my presence at the Board of Directors meeting Angela Bowen was reprimanded for unlawfully slandering, intimidating, harassing, defaming, and creating a hostile environment against me.
The Benning Park Community Center Board members continued to aggressively admonish Angela Bowen stating quote: *"I don't know why you continue to pick on the boy. Let him do his job! We told you numerous times to "Leave the boy alone!!!"*.

23. At the adjournment of the Benning Park Board of Directors meeting, I returned to my office and was seated with my back facing the entrance door to my office. While occupied with my office paperwork Angela Bowen like a snake slithering on the ground, creeped into my office. Angela Bowen began mumbling and rambling in her conversation stating to me

10

that "it was the person who "blew" the budget monies and that the board was extremely unhappy with me. In my disbelief to what Angela Bowen had said caused my mouth to partially open and while in SHOCK and AWE, I was mesmerized.

I stared at Angela Bowen and told her that I had no control or input over budget matters and that she had lost her mind! I thought to myself, after such a lengthy reprimand by her conspirator business partner my lawful employer Edgewood Management Corporation Regional Vice President Alicia Morgan and the Benning Park Community Center Board of Directors, Angela Bowen did not get the point that was verbally communicated to her during the Board of Directors meeting, (She was the Thief)

Angela Bowen unlawful deeds was quite clear that she was a liar. A liar that fitted several categories of the different types of liars. The definition of a lie is "an intentionally false statement." there are different degrees of lying or types of lies, Angela Bowen fits all categories are as follow:

1) <u>Sociopath Definition</u> - Sociopathic liars can be difficult to deal with. Sociopaths lack empathy and do not care if their lies negatively impact or harm others. Sociopathic liars are master manipulators. They will tell you a story to get you to do what they want. Being the "target" for a sociopath likely feels awkward because it conflicts with a person's sense of right and wrong. However, a sociopathic liar will continue to get you to see things their way until you given in to doing what they want. Again, sociopaths do not feel empathy. So, if you tell a sociopath that you are not comfortable with something, the sociopath likely will not care but will act as if they do.

11

2) <u>Pathological Liar-</u> Pathological liars are people who lie as their response to any stimuli. These people are "good liars" because they practice constant lying.

3) <u>Compulsive Liars -</u> Compulsive liars lie for many different reasons.

<u>24. Continuation of # 22</u>

A few days later after the Benning Park Board of Directors meeting Angela Bowen turned up the heat as if shoveling coal to throw into a furnace and continued to retaliate against me Angela Bowen used her organization Community Service Foundation and her conspirator business partner Edgewood Management Corporation my lawful employer, employee performance evaluation and discipline forms to write slanderously fraudulent actions of negligent behaviors against me. Angela Bowen in collusion with her business partner Edgewood Management Corporation then placed (false writeups) into my Edgewood Management Corporation personnel files.

<u>25. Bonus Issue</u>

For my exemplary job performance at the Benning Park Community Center, I was awarded by the Benning Park Board of Directors a performance Bonus of $1500.00 to be paid through Edgewood Management Corporation. The payment was made directly into my bank account. Upon Angela Bowen discovering that the Benning Park Board of Directors had awarded the bonus to me, Angela Bowen contacted her conspirator business partner the Edgewood Management Corporation and instructed Edgewood Management Corporation to reverse the bonus payment from my bank account.

26. Upon me discovering Defendant Angela Bowen despicable low life act, I immediately notified the Benning Park Board of Directors of Angela Bowen actions. The Benning Park Board of Directors ordered Angela Bowen and the Edgewood Management Corporation to return my well-deserved bonus. Angela Bowen and the Edgewood Management Corporation reluctantly complied and reversed the funds back into my checking account.

27. Edgewood Management Regional Vice President admits to me of the mistreatment I had endured. On or about April 17, 2018, Edgewood Management Regional Vice president Alicia Morgan requested a meeting with me, the meeting was held at the Benning Park Community Center site. During the meeting Edgewood Management Corporation regional Vice President Alicia Morgan informed me of her disapproval of Angela Bowen and Edgewood Management Corporation treatment towards me.

28. Edgewood Management Regional Vice president Alicia Morgan made it exceptionally clear to me that as the Edgewood Management Regional Vice president that she was going to dissolve the toxic partnership relationship between Angela Bowen community Service organization and Edgewood Management Corporation due to the hostile environment that I had been subjected to. as an Edgewood Management Corporation Employee. Edgewood Regional Vice President Alicia Morgan also conveyed to me of her alarming concern of the way Angela Bowen was handling the Benning Park Community Center finances.

13

29. Alicia Morgan informed me that she was concerned about the sketchy financial practices of Angela Bowen having control of the Benning Park Community Center budget. As a result of the discussions between myself and the Edgewood Management Corporation Regional Vice President Alicia Morgan, Alicia Morgan instructed me to create an in- house community Family Service program to replace Angela Bowen Community Service Foundation program partnership with Edgewood Management Corporation.

30, Angela Bowen Unscrupulous-unprincipled, unethical, immoral, amoral, conscienceless, untrustworthy, shameless, reprobate, exploitative, corrupt, corrupted, dishonest, fraudulent, cheating, dishonorable, deceitful, devious, underhand, guileful, cunning, furtive, sly, wrongdoing, unsavory, disreputable, improper, bad, evil, wicked, villainous, roguish, sinful, ignoble, degenerate, venal; shady, shifty, slippery business practices were heaped upon me to punish me for questioning and identifying her unlawful employment practices.

31. Angela Bowen strategically positioned herself against me to carry out the unlawful violations. Angela Bowen ordered me to adhere to her organization Community Services Foundation employment policies and procedures.

32. Punch In/Out Procedures- On October 25, 2018, at the orders of Angela Bowen her staff Program Specialist Juana Palmer emailed me and falsely accused me of not consistently punching In and Out for departures nor In and Out for lunch Breaks. Program Specialist Juana Palmer accused me of violating time reporting and recording policies of her employer Angela Bowen Community Service Foundation. I provided to Angela Bowen employee Program Specialist staff Juana Palmer proof of my documented email transmittals to Angela Bowen to report issues with logging into the internet time clock system known as Kronos, a

14

time management system. Angela Bowen was proven wrong within her attempts to falsely accuse me with time clock violations. The Community Service Foundation Program Specialist staff Juana Palmer proceeded to verbally threaten me stating that, "further violations of Angela Bowen Community Service Foundation company policies would lead to further disciplinary write-ups an ultimately my termination.

My lawful employer Edgewood Management Corporation under the direction of their conspirator business partner Angela Bowen placed a letter of reprimand into my Edgewood Management Corporation personnel files. The discipline write up was unlawfully written by Angela Bowen of the Community Service Foundation.

❖ (*Fraudulently portraying to be my employer*).

33. To further prove my charges set forth against Angela Bowen Intimidation, Harassment, Defamation, Slander, creating a Hostile Environment and causing Intentional Emotional Distress. In comparison and contrast, Ms. Moye my assistant was identified by Angela Bowen employee Program Specialist Juana Palmer as having the same issue with punching In and Out. However, Ms. Moye was not falsely accused of violating time clock procedures.

The Following day November 7, 2018 Community Service Foundation employee Juana Palme hosted at the Benning Park Community Center a health at my worksite. After the conclusion of the health fair Juana Palmer spoke with me and my Assistant Director Ms. Moye in reference to our lawful employer Edgewood Management Corporation timesheets procedures.

15

In my presence Ms. Moye questioned Program Specialist Juana Palmer as to why the time sheets and payroll went through so many hands for processing considering that Community Service Foundation wasn't our employer, Ms. Moye was extremely irritated about the issue. While Program Specialist Juana Palmer was evading the questions, I intentionally stepped out of the office. Upon my return into the Benning Park Community Center, Program Specialist Juana Palmer abruptly gathered her personal belongings and departed the center. I then asked my assistant Ms. Moye why? was Juana Palmer in such a hurry to leave.

Ms. Moye informed me that when I had gone outside Juana Palmer had discretely told her that her boss Angela Bowen had no issues with her (Ms. Moye) time sheets because they were always perfect and that my time sheets were the issue. Ms. Moye stated to me that "she abruptly corrected Angela Bowen employee Juana Palmer and told her "that she and Angela Bowen were lying.

Ms. Moye angrily told Juana Palmer that she (Ms. Moye) time sheets had numerous mistakes that hadn't been corrected in weeks due to having issues with the computer time system and that she didn't appreciate Angela Bowen attempts in trying to "divide and conquer". Unaware to Angela Bowen employee Program Specialist Juana Palmer, while she was discussing the matter with Ms. Moye, I was standing outside the exterior window in earshot listening to the entire conversation between Program Specialist Juana Palmer and Ms. Moye.

34. Harassment and Intimidation- On 10/25/2018 I informed my legitimate Edgewood Management Corporation t supervisor Mr. Christopher Owens that I would be leaving early on 10/24/2018 at 4 pm, Mr. Owens verbally approved my request. Upon my departure Angela Bowen and her employee Program Specialist Juana Palmer arrived at my job site the Benning Park Community Center at 4:30 pm. Shortly thereafter their arrival at the direction of Angela Bowen her employee Program Specialist Juana Palmer sent an email to me stating that "I had not been following Community Service Foundation policies of notification. At the direction of Angela Bowen Juana Palmer verbally threatened me stating, "that I was threading a fine line leading to my termination.

35. 10/23/2018 – The Benning Park Community Center Kitchen renovations begun. The Benning Park Community Center was undergoing renovations, the conditions at the Benning Park Community center posed safety hazardous conditions for the adolescents at the center. There were exposed electric wires in the kitchen, carpentry partially lifted from off the floor, and mechanical tools on the floor, a gas line being worked and the smell of gas. There was no running water in the kitchen or oven to cook the youth's food. I telephoned my legitimate Edgewood Management Corporation supervisor Mr. Cristopher Owens, Angela Bowen, and Juana Palmer who both fraudulently acted as my employer to obtain federal grants. I informed all the above persons that I mentioned, that due to safety hazardous conditions at the center I had canceled the after-school program activities.

17

Under the direct orders of Angela Bowen her employee Program Specialist Juana Palmer telephoned me and demanded that the after-school program continue and not be canceled. Angela Bowen and Program Specialist Juana Palmer were both furious about my decision to close the Benning Park community center due to the safety hazards.

Angela Bowen angrily informed me that due to me closing the center, I had inconvenienced her organization Community Service Foundation. Angela Bowen demanded that I proceed with the opening of the community center and that she would have a microwave oven delivered to the center for me to use to cook the food for 30 kids who ages ranged from 5-12.

36. 10/25/2018 The contradiction of the safety issues - Angela Bowen employee Program Specialist Juana Palmer arrived at my job site the Benning Park Community Center for a community building representative meeting. Upon Program Specialist Juana Palmer entering the building, Juana Palmer held her nose and stated to me and my assistant director Ms. Moye, quote: "the fumes are giving me a headache, making me feel sick and nauseous.

I along with Ms. Moye informed Juana Palmer that the fumes were from the kitchen renovation and from various chemicals being used in the resident's apartments and that the fumes were present on 10/23/2018 at the time that I had requested that the center be closed, due to the hazardous safety conditions posed to the children. Juana Palmer mockingly said to me and Ms. Moya "I don't know how you both can work in this. I know I can't!". Note: Angela Bowen intentionally exposed the Benning Park Community center children, myself and Ms. Moye to an environment that was absolutely a health hazard.

18

37. Family Leave (FML)

On 09/2018 I sent my lawful employer Edgewood Management Corporation an email addressed to my supervisor Mr. Christopher Owens informing Mr. Christopher Owens of my FML medical leave. I requested that the required FML forms be sent to my primary care physician.

I documented the FML request by forwarding the request to the Edgewood Management Corporation management team Larry Davis, David Jefferson and to the Benning Park Board of Directors. My lawful employer Edgewood Management Corporation notified Angela Bowen that I had filed an FML leave request. Upon Angela Bowen being notified, Angela Bowen went into overdrive, vindictively with malicious intentions sabotaged my lawful FML leave request.

Angela Bowen instructed my lawful employer Edgewood Management Corporation to ping-pong my FML request. Angela Bowen instructed me to obtain the FML forms from her nonprofit organization, Community Service Foundation. Edgewood Management Corporation knew that I was an employee of their company and they should have given me the FML leave forms. Angela Bowen interfered with my FML leave request fraudulently pretending to be my employer.

Angela Bowen without any fear of consequence in violating the laws of a civilized society retaliated against me, like a venomous snake protruding its head from out of a weaved basket with its tongue flickering in all directions, Angela Bowen made it clear to me that she was out to get me for my attempts to expose her and the Edgewood Management Corporation

19

fraudulent employment violations. Angela Bowen in violation of federal laws instructed her employee Juana Palmer to send me her organization Community Service Foundation FML policy forms. Angela Bowen ordered me to commit fraud and use her company Community Service Foundation FML leave application and that she would submit my FML form to my doctor.

30 days later I had not received confirmation from my doctor that Angela Bowen nor Edgewood Management Corporation had submitted my FML application. On October 4, 2018, @ 3:23 pm I telephoned my doctor to ascertain if my lawful employer Edgewood Management Corporation had sent the required FMLA forms to her office, my doctor advised me that she had requested the application forms twice from both Angela Bowen company and Edgewood Management Corporation however, neither responded back to her.

Thereafter, I begged and pleaded with Angela Bowen and Edgewood Manor for the application forms. Edgewood Management corporation 60 days later processed my FML leave request with my doctor.

38. Financial Hardship- Angela Bowen instructed her conspirator business partner my lawful employer Edgewood Management Corporation to intentionally delay notifying its Edgewood Management Corporation payroll department of my FML leave. The intentional lack of notification by Angela Bowen and the Edgewood Management Corporation not notifying Edgewood Management Corporation payroll department caused my bi-weekly paycheck to be reduced by ¼ causing me financial hardships.

20

39. Denial of Vacation Leave-       On July 19th, 2018 I informed my unlawful fraudulent employer Angela Bowen and my lawful Edgewood Management Corporation supervisor Mr. Christopher Owens of my planned vacation leave that was to begin on August 2, 2018 through August 17th, 2018. Mr. Christopher Owens approved my leave. Mr. Owen's was highly ecstatic and encourage me to have a great time with my family. On the other hand, Angela Bowen was extremely irate that I had planned a vacation without her permission. Once again, Angela Bowen fictitiously positioned her organization Community Service Foundation as being my employer. Angela Bowen aggressively interfered to sabotage my earned vacation leave request.

Angela Bowen sent an email to me stating that I could not schedule my vacation during a Summer Enrichment Program and that she would not approve my vacation request because it would cause a hardship to my assistant Ms. Moye to conduct programming in my absence. I then responded back to Angela Bowen stating my reasons to why there would not be any hardships during my absence and that I would have everything in order at the Community Center for Ms. Moye during my absence. Moreover, Ms. Moye and I were both confident in her ability to facilitate programming during my absence.

In retaliation, Angela Bowen immediately sent out published emails to third parties, the Benning Park Board of Director members Ella Luke, Patricia Pane, Edgewood Management Corporation employees Christopher Owens, Larry Davis, David Jefferson, Shenita Vanish and Juana Palmer. Angela Bowen included in her emails quote: "that she wanted to go on record of her disapproving of my vacation. Angela Bowen actions were set in motion to create a hostile environment, to slander, intimidate, harass, and created emotional distress upon me. I feared that I would lose my job and not being able to support my wife and newborn son. 09/2018 Angela Bowen Continued to harass me.

While at work at the Benning Park Community Center Angela Bowen telephoned me and

21

ordered me to respond to her place of business the Community Service Foundation office located at 6602 Greig Street Seat Pleasant, Maryland.

Upon my arrival, I entered the receptionist area in which time I was ambushed by Angela Bowen and her employee Juana Palmer. They both ordered me to follow them into Angela Bowen office. I sat down at the round table. Angela Bowen immediately handed me a Community Service Foundation disciplinary letter of reprimand on her company form. After handing me the reprimand, Angela Bowen sat silently smirking. Angela Bowen employee Juana Palmer then read out loud the fabricated charges as if she was a Jury Forman. The list of fabricated charges against me are listed below:

1. Triston Cooper had taken an unapproved vacation.

2. Triston Cooper failed to adequately train his assistant Director Ms. Moye in general computer task.

3. Triston Cooper submitted late monthly program reports

39. Angela Bowen employee Juana Palmer continued harassment of me. After being written up I returned to my Edgewood Management Corporation assigned job site, the Benning Park Community Center. Within 45 minutes of my arrival at the direction of Angela Bowen Juana Palmer continued to harass me. Juana Palmer telephoned me at my job site requesting frivolous documents. While at my home with my family, under the direction of Angela Bowen, Juana Palmer repeatedly texted me during the after-work hours until 9:30 pm.

40.  7/27/2018 Smithsonian Institute Field trip Harassment Late bus pick up The
Benning Park Community Center residents and kids were to depart to the
Washington DC Smithsonian Institute for a planned field trip. The field trip transportation was
provided by Angela Bowen Community Service Foundation transportation department, the
pick time was at 10 am. The transportation buses arrived at the Benning Park Community
Center to pick up the Benning Park Community Center participants.
Upon the buses arrival the buses had teens and parent occupants from 4 other
community center sites, each bus was filled to its maximum capacity.

The filled buses with its occupants departed the Benning Park Community Center in route to
the Smithsonian Institute. Angela Bowen and her organization transportation director Charles
Payne telephoned me at 12:30 pm and informed me that due to all the buses being filled that
he the transportation director Charles Payne had requested an additional bus to transport my
staff and the Benning Park Community Center participants to the Smithsonian Institute field
trip.

I along with the Benning Park Community Center teens and parent participants waited three
hours outside in the summer smoldering heat for another bus to arrive. At 3 pm The
transportation driver Charles Payne telephoned me again to advise me that an additional
transportation bus was on the way to the Benning Park Community center to transport him
and the Benning Park Community Center teens and their parents to the Smithsonian
Institute.

In furtherance, the transportation director Charles Payne informed me that Angela Bowen
had ordered him to relay a message to me that quote" she demanded upon the bus arrival
that I along with the Benning Park Community Center teens and Parents go on the field trip.

Due the parents and kids waiting in the summer smoldering heat for three-hours the parents

and youth were very angry. The parents, kids and the summer intern workers refused to proceed on the field trip and angrily departed the Benning Park Community Center. Thereafter, Angela Bowen employee Juana Palmer telephone me to ascertain the whereabouts of the field trip participants. I told her that the parents and teens had departed the site and the other remaining participants refused to go on the field trip.

Juana Palmer was ordered by Angela Bowen to immediately send out emails falsely accusing me as being responsible for the field trip failure.

41. Ms. Moye 2018 Employment Performance Evaluation

On December 17th, 2018 Shanita Vanish Community Service Foundation Vice President and Juana Palmer telephoned me and ordered that I evaluate and write my assistant Ms. Denise Moye employment performance evaluation. The same day Shanita Vanish then ordered me to respond to her Community Service Foundation organization to present to my assistant Ms. Moye with her employment performance evaluation. Present at the evaluation meeting were Community Service Foundation Vice President Shenita Vanish, Juana Palmer and Denise Moye.

During the meeting I was given Ms. Moye employee evaluation that I had previously written. Upon reviewing Ms. Moye employment evaluation, I noticed that my written evaluation of Ms. Moye had been altered. Juana Palmer informed me that she was ordered by Community Service Foundation Vice President Shenita Vanish to make changes to Ms. Moye's evaluation. Juana Palmer then ordered me to present the Angela Bowen revised version of the performance evaluation to my assistant Ms. Moye. I then informed Juana Palmer that since my ratings of Ms. Moye had been altered from favorable to unfavorable, I could not present Ms. Moye with the evaluation.

Thereafter, Community Service Foundation Vice President Shenita Vanish sarcastically

24

intervened within the discussion and stated to me "that she had given Ms. Moye an employee performance evaluation score lower than the original score and that she didn't see a problem with her organization Community Service Foundation evaluation of Ms. Moye. Moreover, Ms. Moye should be happy about it. On the Other hand, Ms. Moye reviewed the altered employee evaluation and became irate and refused to sign the evaluation.

After the meeting Ms. Moye and I returned to our job site. while at our job site office, I received an office telephone call from Juana Palmer, Juana Palmer instructed me to place our office telephone on audible speaker so that my assistant Ms. Moye could hear the conversation. Ms. Moye acknowledged to Juana Palmer that she was present on the speaker

telephone conversation, immediately Juana Palmer abruptly interrupted Ms. Moye conversation and stated to Ms. Moye and me" that "she Juana Palmer and the Community Service Foundation Vice President Shenita Vanish did not appreciate my comments during Ms. Moye performance evaluation.

Juana Palmer stated that "her employer CEO Angela Bowen and Vice President Shenita Vanish of the Community Service Foundation were angry with me for not approving to go along with CEO Angela Bowen and Vice President Shenita Vanish evaluation of Ms. Moye.
Juana Palmer then informed me that even though I had managed Ms. Moye daily CEO Angela Bowen and Vice President Shenita Vanish didn't believe that I was competent enough to evaluate and write Ms. Moye's performance evaluation. Juana Palmer angrily stated to me that "CEO Angela Bowen and Vice President Shenita Vanish performance evaluation of Ms. Moye would stand.

42. Xmas Holiday- On December 12, 2018 I attend the companies Xmas Holiday party. CEO Angela Bowen and Vice President Shenita Vanish of the Community Service Foundation were present It was supposed to have been a time of relaxation cheers and fun activities with coworkers. However, for me the joyous festive holiday event included CEO Angela Bowen and Vice President Shenita Vanish unscrupulous unethical,immoral, conscienceless, shameless, reprobate, exploitative, corrupt, deceitful, devious, underhand, guileful, cunning, sly, unsavory, disreputable, improper, evil, wicked, villainous, sinful, ignoble, venal attack against me to break my holiday spirit.

43. During the holiday party the Community Service Foundation organization CEO Angela Bowen ordered me to meet with her and Vice President Shanity Vanish, Juana Palmer and Cheree Vines. The meeting was held within a separate meeting room adjacent to where the holiday festivities were taking place. At the meeting, the I was informed by Angela Bowen that neither I nor Ms. Moye would be receiving a yearly salary bonus for the year.

CEO Angela Bowen and Vice President Shenita Vanish stated to the me quote, "that they recommend to the Benning Park Board of Directors not to give me nor my assistant Ms. Denise Moye a yearly salary performance bonus. Thereafter, Juana Palmer and Shenita Vanish told me that I wasn't going to receive an evaluation and that CEO Angela Bowen had instructed her organization conspirator business partner my lawful employer Edgewood Management Corporation not to ever honor giving me a performance evaluation nor any form of pay increases. Moreover, that she and CEO Angela Bowen had placed me on employment probation. I became numb, shocked! and I was practically in tears.

26

44. CEO Angela Bowen and her community service management team blatantly retaliated against me. I was never aware that I was unlawfully on probation (Nor did she have the authority to place me on probation I'm not her employee). The unlawful retaliation of intimidation was an Oh by the Way, intimidation. Upon my participation in this humiliating and demoralizing meeting, I was dismissed from the meeting and I wished everyone Happy Xmas Holiday with a smile on my face.

Unbelievably, within 5 minutes of walking out of the conference room, I was called back into the room by VP Shenita Vanish. As I began walking back into in the room CEO Angela Bowen walked out, and sarcastically said "Happy Birthday" to me.

45. Upon my re-entry into the conference room, once again I met with the Community Service Foundation organization management team members Vice President Shenita Vanish, Cheerie Vine and Juana Palmer. I hesitantly joined the meeting at the conference table, immediately Juana Palmer slid a piece of paper across the conference room table to me. In my disbelief, it was another disciplinary warning notice. Juana Palmer stated quote: "that even though I had made progress in my job performance, it was inconsistent. Juana Palmer further stated "that I was receiving another extension to the write up that I had just been given 30 minutes prior.

### Unbelievable!

46. Juana Palmer identified CEO Angela Bowen and Vice President Shenita Vanish as being my employer and that they both were further extending my probation.

**Note**: *The probation extension proceeded the probation notice that I had received 15 minutes prior.* I argued with Vice President Shenita Vanish stating, that they were not my employer and that they along with my lawful employer Edgewood Management Corporation were retaliating against me due to me questioning their organization Community Service Foundation fraudulently identifying me as an employee of their minority owned nonprofit

27

organization. I refused to sign the disciplinary form; Juana Palmer then stated to me "that it didn't matter if I signed the Community Service Foundation disciplinary form, they were going to place it in my personnel files.

47. Thereafter, I was dismissed from the meeting feeling crushed, defeated humiliated and demoralized. I was psychologically in shock, I experienced a surge of strong emotions in response to the unexpected stressful event, boiling over with a surge of adrenalin. I felt jittery holding back from vomiting. I momentarily lost my change of thoughts. I felt a disconnection from what was happening as if I was watching a movie of events unfolding rather than being there.

48. Leave of Absence Retaliation

2018 Extreme Documented Violations- When I took a leave of absence from work, CEO Angela Bowen instructed my lawful employer Edgewood Management Corporation to provide my assistant Denise Moye with adequate assistance to help her manage 30 kids who ages range from 5- 12. On the other hand, when I took a leave of absence from work, CEO Angela Bowen interfered in a motive sabotaging my workday. CEO Angela Bowen instructed her conspirator business partner my lawful employer Edgewood Management Corporation not to provide to me additional manpower to manage the community center 30 kids who ages ranged from 5- 12. I was never afforded any additional assistance; I was always by myself supervising the Benning Park Community Center program with over 30 kids and preparing all 30 kids after school meals

49. Cheree Vines DC CENTRAL KITCHEN /TIME CLOCK WRITE UP

CEO Angela Bowen employee Community Service Foundation Director of Programs Cheree Vines telephone me at my job site, the Benning Park Community Center located in Washington DC and ordered me to respond CEO Angela Bowen Community Service Foundation office located in Maryland. Upon my entrance into the location Cheree Vines immediately handed to me a fictitious derogatory employee performance evaluation.

28

The employee performance evaluation was based on the food vendor DC Central Kitchens non satisfactory evaluation of the community center kitchen site. During my meeting with Cheree Vines I was intensely admonished by CEO Angela Bowen as to time clock punch- in violations. CEO Angela Bowen stated that "I didn't punch my arrival times into the time clock at my job site. I informed CEO Angela Bowen that due to the internet time clock system known as Kronos being down and the Kronos software periodically malfunctioning, I signed my time sheet in the presence of my Edgewood Management Corporation supervisor Mr. Christopher Owens at his office.

50. Mr. Christopher Owens office was located within the rental office on the grounds of my job site, the Benning Park Community Center Washington DC. At all times I would sign my attendance sheet in the presence of my lawful supervisor Mr. Christopher Owens. I was immediately given another write up for clocking in within the presence of my lawful supervisor Mr. Christopher Owens.

51. **AMBUSH**

One-month later April 25th, 2019 while at my office the Benning Park Community Center Washington DC I was telephoned by Community Service Foundation employee Cheree Vines and ordered to immediately respond to the Benning Park Community Center rental office. Upon my arrival at the rental office, I had realized that I had been called into an ambush meeting with the Community Service Foundation CEO Angela Bowen and her conspirator business partner Edgewood Management Corporation Regional VP representative David Jefferson. The CEO Angela Bowen took the first of attack against me, accusing me of "Falsifying Company Documents" due to me                         logging into the Edgewood Management Corporation electronic time system Kronos from my mobile device.

29

During this meeting Edgewood Management Corporation Regional VP David Jefferson, continuously yelled at me. When I asked questions as to who was writing me and why was CEO Angela Bowen allowed to be present and reprimand me with the write up when Edgewood Management was my employer. Edgewood Management Corporation Regional VP David Jefferson became completely irate and yelled from the top of his lungs at me for questioning the entire meeting.

David Jefferson them stated that "no one at the other sites questioned their employment" and that I should be happy that I have a job with benefits and for me not to question anything. In furtherance, that I had other options if I didn't like what was going on. Prior to the conclusion of the meeting, I asked David Jefferson to provide me in writing documentation to who my employer was. David Jefferson in aiding and abetting Angela Owens Community Service Foundation yelled at me and stated, "I'm not providing that because I don't have to!" The meeting was adjourned.

**Retaliation:** Thereafter, due to my continuation in questioning Angela Bowen and my lawful employer Edgewood Management Corporation of their unlawful employment practices of identifying me as an employee of their business partner Angela Bowen minority nonprofit organization Community Service Foundation, both continued to collude together. Edgewood Management Corporation Instructed their business partner Angela Bowen to continue to fraudulently identify me as her employee. On October 8, 2019, I was unlawful terminated from Edgewood Management Corporation by Angela Bowen of the Community Service Foundation who wasn't my employer.

## SUMMARY

1. Angela Bowen the CEO of the minority nonprofit organization Community Service Foundation in collusion with her business partner Edgewood Management Corporation (my lawful employer), unlawfully conspired together to fraudulently identify me (Triston Cooper) as being an employee of Angela Bowen Community Service Foundation organization. Without my permission or awareness, Edgewood Management Corporation unlawfully gave Angela Bowen access to my personnel files.

2. Angela Bowen without my legal consent or my knowledge fraudulently used my personnel files to identify me as an employee of her Community Service Foundation business to fraudulently include within her non-profit organization financial transactions, budgets, and grant proposals.

My Complaints to Edgewood Management Corporation/ Retaliation

3. Due to my complaints, Angela Bowen continued to brag to me that her nonprofit minority organization Community Service Foundation Board of Directors was comprised of my lawful employer Edgewood Management Corporation team members who were powerful white men and woman and that there was nothing that I could do about her and the unlawful labor practices of her business partner Edgewood Management Corporation. In furtherance, that I better keep my mouth shut or I wouldn't have a job.

31

4.  Angela Bowen minority non-profit business blatantly without a conscious of adhering to the laws of a civilized society conspired with her business partner Edgewood Management Corporation, my employer. Angela Bowen fictitiously represented her minority business Community Service Foundation as my employer.

5.  Evaluations - My employment evaluations have not been conducted by my lawful Edgewood Management Corporation supervisor Mr. Christopher Owens. Angela Bowen has fraudulently portrayed her minority nonprofit organization community service foundation as my employer. Angela Bowen has colluded with my lawful employer Edgewood Management Corporation to unlawfully conduct my evaluations on Edgewood Management personnel evaluation forms in an attempt to disguise their unlawful acts and to fictitiously document that I was unfit to carry out my job duties.

6.  Due to me questioning the unlawful employment acts of Angela Bowen and her business partner (my lawful employer) Edgewood Management Corporation, Angela Bowen made it clear to me that she was out to get me. Without any fear of consequence in violating the laws of a civilized society, Angela Bowen retaliated against me like a venomous snake protruding its head from out of a weaved basket with its tongue flickering in all directions.

## Factual Documentation:

- Verification that Edgewood Management Corporation was my lawful employer W2 Form

- Edgewood Management Corporation employee organization Chart
- Angels Bowen fraudulent evaluations.
- Letters of Intimidation
- Letter of harassment
- Letters of Defamation and Slander against me
- Documentation of Creating a Hostile Environment
- Documentation of Intentional Emotional Distress.
- Fraudulent Transcripts/ Documentation verifying me as a Community Service Foundation employee to receive U.S. Federal Grants
- Letters to my lawful employer Edgewood Management Corporation concerning the unlawful labor practices

## Retaliation.

- Termination Letter from Angela Bowen fictitiously representing her company as being my employer and her having the authority to terminate me

## Family and Medical Leave (FMLA) | U.S. Department of Labor (Fraud)

- (Documentation of Fraud) Angela Bowen instructed my lawful employer Edgewood Management Corporation to deny my FML request. Angela Bowen instructed me to obtain the FML forms from her nonprofit organization Community Service Foundation. Angela Bowen interfered with my FML leave request fraudulently pretending to be my employer.
- Angela Bowen ordered me to commit fraud and use her company Community Service Foundation FML leave application and that she would submit my FML form to my doctor.

# Summary

The above summary and items of documentation doesn't represent the total evidence I have to support my case. I have also forwarded my concerns to the U.S. Federal Bureau of Investigation, The U.S. IRS, The U.S HUD, my government representatives, Maryland State Senator, U.S Congressman and U.S Senator.

## COUNT 1
### DISPARATE TREATMENT IN VIOLATION OF TITLE VII

Due to the Plaintiff questioning Defendant's 1 and 2 unlawful business practices Plaintiff incorporates all preceding allegations herein by reference. Defendant's 1 and 2 conduct was sufficiently severe and pervasive that it altered the conditions of Plaintiffs employment. One incident of many was that the Plaintiff was given written warnings for him not punching in and out from work correctly. The Plaintiff was threatened with being fired. His assistant Ms. Moye time card was exactly with errors as the plaintiff. Defendant's 1 and 2 management personnel informed Ms. Moye that they weren't concern with her time card, "they were after the Plaintiff.

## COUNT 2

### HOSTILE ENVIROMENT VIOLATION OF TITLE VII

Due to the Plaintiff questioning Defendant's 1 and 2 unlawful business practices Plaintiff incorporates all preceding allegations herein by reference. Defendant's 1 and 2 conduct was sufficiently severe and pervasive that it altered the conditions of Plaintiffs employment. Defendant 1 and 2 falsified documents with my name on them and presented to the Benning Park Board of Directors in which Defendant 1 and 2 accused me of misappropriation of the Benning Park Community Center financial funds.  Defendant 1 and 2 communicated with the Plaintiff employment business contacts and informed those persons that the Plaintiff was a thief, and that the Plaintiff was incompetent in his job.

35

## COUNT 3
## HARASSMENT VIOLATION OF TITLE VII

Due to the Plaintiff questioning Defendant's 1 and 2 unlawful business practices   Plaintiff incorporates all preceding allegations herein by reference. Defendant's 1 and 2 conduct was sufficiently severe and pervasive that it altered the conditions of Plaintiffs employment.

Defendant I and 2 denied the plaintiff his employee bonus, denied the Plaintiff his vacation time, Denied Plaintiff Family Leave, Harassed Plaintiff about his job performance being unsatisfactory, communicated with third parties to slander and defamed the Plaintiff.

## COUNT 4

## INTIMIDATION VIOLATION OF TITLE VII

Due to the Plaintiff questioning Defendant's 1 and 2 unlawful business practices   Plaintiff incorporates all preceding allegations herein by reference. Defendant's 1 and 2 conduct was sufficiently severe and pervasive that it altered the conditions of Plaintiffs employment.

Defendant I and 2 denied the plaintiff his employee bonus, denied the Plaintiff his vacation time, Denied Plaintiff Family Leave, Harassed Plaintiff about his job performance being unsatisfactory, communicated with third parties to slander and defamed the Plaintiff.

36

## COUNT 4

### RETALIATIION VIOLATION OF TITLEVII

Due to the Plaintiff questioning Defendant's 1 and 2 unlawful business practices   Plaintiff incorporates all preceding allegations herein by reference. Defendant's 1 and 2 conduct was sufficiently severe and pervasive that it altered the conditions of Plaintiffs employment.

Defendant I and 2 denied the plaintiff his employee bonus, denied the Plaintiff his vacation time, Denied Plaintiff Family Leave, Harassed Plaintiff about his job performance being unsatisfactory, communicated with third parties to slander and defamed the Plaintiff,

## COUNT 5

### GENDER DISCRIMINATION VIOLATION OF TITLE VII

Plaintiff incorporates all preceding allegations herein by reference. Defendant 1 and 2 conduct was sufficiently severe and pervasive that it altered the conditions of Plaintiffs employment. Defendant 1 and 2 authorized the Plaintiff subordinate a female assistant director vacation time, employee raises, time off. On the other hand, the Plaintiff was written up for taking his vacation, was not given a Xmas bonus nor employee raises, The Plaintiff was given unsatisfactory evaluations his assistant was always given satisfactory employee evaluations.

37

## COUNT 6

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## VIOLATION OF TITLE VII

Defendant's 1 and 2 Intentional actions of Inflicting Emotional Distress resulted in tangible employment detriments.  As a direct and proximate result of the hostile work environment created and left uncorrected by Defendant's 1 and 2, Plaintiff suffered severe humiliation, emotional distress, and physical pain including, but not limited to, an alarming increase of chest pains. Furthermore, Plaintiff was prescribed several powerful medications and therapy. The Plaintiff was actively diagnosed with anxiety disorder with psychological impairment levels associated with stress which continues to subsist, retaining a therapist.

## COUNT 7

## DEFAMATION CHARACTER VIOLATION OF TITLE VII

Defendant's 1 and 2 reported to the Benning Park Community Center board members (third parties) that Triston Cooper was incompetent in performing his employment duties at the Benning park community center.

The false accusation defamed Triston Cooper and created a hostile environment, causing chaos and confusion dividing the Benning park board members on their view concerning Triston Cooper job performance and character. The defamation and slander created an atmosphere that separated Triston Cooper from the Benning Park community and its Board Members, in which Defendant's 1 and 2 hostile planned agenda were to ultimately isolate Triston Cooper from all support

38

from the Benning Park community and its Board Members. Ultimately creating the green light leading to Triston Cooper "demise, of him being fired.

Defendant's 1 and 2 attended the Benning Park community board meetings and routinely and created false financial statements and presented accusatory "fictitious reports to the Benning Park Board of Directors against Triston Cooper, to include derogatory job performance evaluations. Defendant's 1 and 2 provided false financial statements to the Benning Park Community center board of directors, accusing Triston Cooper of all the financial shortfalls at the Benning Park Community Center, falsely accused Triston Cooper of overspending monies allocated within the Benning Park community center budget, accumulating to large financial deficits.

The Board members came to the Plaintiff Triston Cooper's defense, in front of Triston Cooper, Defendant 1 CSF CEO Angela Bowen was admonished for her lying. A Benning Park Community Center board member continued to aggressively admonish Defendant 1 Angela Bowen stating to Angela Bowen quote: "I don't know why you continue to pick on the boy Let him do his job! We told you numerous times to "Leave the boy alone!!!"

In retaliation of defaming Triston Cooper, Defendant 1 sent out emails to third parties other vendors stating that Triston Cooper was incompetent.

39

The Defendant's 1 and 2  Defamation consisted of libel (written defamation), slander (oral defamation). false and unprivileged publication by writing and printing, which exposed Triston Cooper to hatred, contempt, ridicule, obloquy, which caused him to be shunned, avoided, which injured the Plaintiff Triston Cooper occupation.

The Defendant 1 and 2 made: publications, that were false, defamatory, unprivileged, and (5) that had a natural tendency of injury to Triston Cooper that caused special damage. The defamatory statements were published- an communicated to third persons. The Defendant's 1 and 2 conduct, as alleged at length above, was extreme and outrageous in character, and so extreme in degree, as to go beyond bounds of decency to be regarded as intolerable in a civilized society

## COUNT 8

## VIOLATION OF FMLA VIOLATION OF TITLE VII

The Defendant's 1 and 2 intentionally misrepresented the law to deny the plaintiff employee coverage. The Defendant's 1 and 2 Failed to inform the Plaintiff of his of rights and obligations under the FMLA law. The Plaintiff did request from the Defendant's 1 and 2 the necessary FMLA forms. The Defendant's 1 and 2 Failed to recognize the Plaintiff employee notice. However, an employee does not have to invoke the FMLA to give notice: As long as the employee provides enough information to let the employer know that leave is needed for a covered reason, the Plaintiff did give the Defendant's 1 and 2 sufficient notice to trigger the employer's obligations. However, the Defendant's 1 and 2 retaliated against the Plaintiff and did not respond until 30 days later.

The Defendant's 1 and 2 Denied coverage to the eligible Plaintiff- The Defendant's 1 and 2 failed to meet notification requirements – In addition to displaying a mandatory FMLA poster notifying employees of their rights and responsibilities, The Defendant's 1 and 2 must provide a written notice of this information within five business days of an employee requesting FMLA leave. Finally, The Defendant's 1 and 2 failed to provide the plaintiff within five business days of receiving the certification form, the Defendant's 1 and 2 company response/designation form indicating whether or not the request has been approved.

41

# JURY DEMAND

Plaintiff here by demand a trial by Jury

## REQUESTING A SPECIFIC AMOUNT OF MONEY

WHEREFORE, Plaintiff Triston Cooper demands judgment against Defendant 1 and Defendant 2 are as follows.

An award of compensatory and punitive damages in the amount

$7,000,000.00 what other sum is just and in favor of Plaintiff Triston Cooper for the title VII violations:

An award in the amount of $3,000,000.00 or whatever sum is just and proper in favor of Plaintiff Triston Cooper for the District of Columbia Human Rights Act Violations:

Punitive damages in the amount of $5,000,000.00 Against the Defendant

Attorney fees cost and pre- and post-judgment interest:

And any other relief this court deems just and fair

# PRAYER FOR RELIEF

WHEREFORE, the Plaintiff asks the Court to grant such relief as may be appropriate, in an amount which will compensate him for:

1. Violations of his rights under Title VII of the Civil Rights Act of 1964.
2. impairment of power to earn money; physical pain, emotional distress, and humiliation, past and future; and past and future medical expenses.
3. Punitive damages to punish Defendant for its willful, wanton, oppressive, malicious, and/or grossly negligent conduct.
4. A permanent injunction against future acts of discrimination and harassment against members of protected classes employed by Defendant.
5. Costs expended herein, including reasonable attorney's fees.

6. Pre-judgment and post-judgment interest; and
7. Any and all other relief to which the Plaintiff may be entitled.

Serve Registered Agent:
CSC Lawyers Incorporating Service Company
7 ST. Paul Street Suite 820
Baltimore, MD 21202
Respectfully Submitted

Respectfully Submitted

X _____

Triston Cooper, Pro Se
4934 Columbia Rd Apt 8
Columbia, MD 20706

44

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

TRISTON COOPER                           *

                                         *

v.                                       Case No. GJH 20 CV 3707

                                         *

Defendant1 Angela Bowen

Defendant 2 Shanita Vanish               *

DEC 21 2020

## CERTIFICATE OF SERVICE

I hereby certify that on __12/21/2020_____, a copy of __Plaintiff_____

__Civil Complaint_____

which was electronically filed in this case on __12/21/2020_____, was mailed via

first class mail, postage prepaid, to __Serve Registered Agent: CSC Lawyers Incorporating Service Company__

__7 ST. Paul Street Suite 820 Baltimore, MD 21202_____

_____.


__12/21/20_____                     _____
Date                                     Signature

                                         __Triston Cooper, Pro Se_____
                                         Printed Name and Bar Number

                                         __4934 COLUMBIA RD APT 8 COLUMBIA MD 21044__
                                         Address

                                         __tristoncooper1216@gmail.com_____
                                         Email Address

                                         __2023043600_____
                                         Telephone Number

                                         __443-714-0184_____
                                         Fax Number